## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## (TAMPA DIVISION)

JOANNE JOHNSON,

    **Plaintiff**

-vs-

ENHANCED RECOVERY COMPANY,
LLC.,                       **CASE NO.:  8:13-CV-2360-T-23MAP**

    **Defendant.**

---

### NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the Plaintiff, Joanne Johnson, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that the Plaintiff and Defendant Enhanced Recovery, have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court. Therefore, the Plaintiff requests an extension of thirty (30) days to respond to this Courts Order [14] to schedule a Mediation, as to allow the parties to complete the settlement and file the necessary documents with the Court.

Respectfully submitted,

*/s/ Amanda J. Allen*

Amanda J. Allen, Esquire
Florida Bar #:  0098228

## <u>CERTIFICATE OF SERVICE</u>

I, Amanda Allen, hereby certify that on February 24th, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to:

Scott S. Gallagher, Esquire
Florida Bar #: 0371970
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL  32202
Tel. (904) 598-6100
Fax. (904) 598-6231
sgallagher@sgrlaw.com
*Attorney for Defendant*

*/s/ Amanda J. Allen*
Amanda J. Allen, Esquire
Florida Bar #: 0098228
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
AAllen@forthepeople.com
**Attorney for Plaintiff**