UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOANNE JOHNSON,

    Plaintiff,

v.                                              CASE NO.: 8:13-cv-2360-T-23MAP

ENHANCED RECOVERY CO., LLC,

    Defendant.
_____/

## **ORDER**

    The plaintiff announces (Doc. 16) a settlement. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause.

    The clerk will (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on February 25, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE