THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

JOANNE JOHNSON,

    Plaintiff

-vs-                                              CASE NO.:  8:13-CV-2360-T-23MAP

ENHANCED RECOVERY COMPANY, LLC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff, JOANNE JOHNSON, and Defendant, ENHANCED RECOVERY COMPANY, LLC, by and through their respective undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., to the dismissal of this case, with prejudice, each party to bear hers or its own costs and attorneys' fees, and request entry of an appropriate Order disposing of this case.

    Respectfully submitted this __6th__ day of __March__ 2014.


*/s/ Amanda J. Allen*                                  */s/ Scott S. Gallagher*
**Amanda J. Allen, Esquire**                       **Scott S. Gallagher, Esquire**
Morgan & Morgan, P.A.                             Smith, Gambrell & Russell, LLP
One Tampa City Center                               50 North Laura Street, Suite 2600
201 N. Franklin Street, 7th Floor               Jacksonville, FL 32202
Tampa, FL  33602                                       Telephone:    (904) 598-6100
Tele:  (813) 223-5505                               Facsimile:     (904) 598-6231
AAllen@ForThePeople.com                     sgallagher@sgrlaw.com
Florida Bar #:  0098228                             Florida Bar #:  0371970
Attorney for Plaintiff                                      Attorney for Defendant