UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOANNE JOHNSON,

    Plaintiff,

v.                                                CASE NO.: 8:13-cv-2360-T-23MAP

ENHANCED RECOVERY CO., LLC,

    Defendant.
_____/

## **ORDER**

In accord with the parties' joint stipulation (Doc. 18) and Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**. Each party bears its own costs and fees.

ORDERED in Tampa, Florida, on March 6, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE